FILED

NOV 0 1 2007

CLERK, U.S. DISTRICT C
SOUTHERN DISTRICT OF (
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2994 JLS |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) – Deported Alien Found in the United States (Felony) |
| ELEAZAR FELIX-OLIVAS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 2, 2007, within the Southern District of California, defendant ELEAZAR FELIX-OLIVAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

ABC:drh:San Diego
10/16/2007

1         It is further alleged that defendant ELEAZAR FELIX-OLIVAS was

2     removed from the United States subsequent to May 10, 2004.

3         DATED: _____11/1/07_____.

4                                     KAREN P. HEWITT

5                                     United States Attorney

6

7                                     AARON B. CLARK
                                   Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28