AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WAIVER OF INDICTMENT** |
| ELEAZAR FELIX-OLIVAS | |
| | CASE NUMBER: 07 CR 2994-JLS |

I, ELEAZAR FELIX-OLIVAS , the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/1/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 0 1 2007

X Eleazar Felix O.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER