AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED NOV 3 0 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ELEAZAR FELIX-OLIVAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR2994-JLS

I, ELEAZAR FELIX-OLIVAS, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/30/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Eleazar Felix O._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER